MAHONING COUNTY BAR ASSOCIATION ET AL. *v.* CARSON.

[Cite as *Mahoning Cty. Bar Assn. v. Carson* (1994), 68 Ohio St.3d 342.]

(No. 93–2184—Submitted December 7, 1993—Decided February 23, 1994.)

*Pfau, Pfau & Pfau* and *Brian N. Ramm;* and *Richard W. Machuga,* for relator Mahoning County Bar Association.

*Wern, Kelligher & Brutz* and *W. Chad Kelligher; Letson, Griffith, Woodall & Lavelle Co., L.P.A.,* and *Lynn B. Griffith III,* for relator Trumbull County Bar Association.

*Edward L. Carson, pro se.*

---

*Per Curiam.* We concur in the findings and recommendation of the board. Edward L. Carson is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.